```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


IN RE:                          )    CASE NO: 05-51944-399
                                )
MARCELLA NAGEL                  )
                                )    CHAPTER 13
                                )
                                )
              DEBTOR(S)         )


                LIST OF UNCLAIMED FUNDS AND ENTITIES
                  WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
SBC
PO BOX 769                              $            1.48
C/O BANKRUPTCY DEPT
ARLINGTON TX
302205             76004


                              /s/ John V. LaBarge, Jr.
                              ------------------------------------
DATE: October 29, 2010        JOHN V. LABARGE, JR.,
                              CHAPTER 13 TRUSTEE
                              P.O. Box 430908
                              St. Louis, MO 63143
XC -091                       (314) 781-8100    trust33@ch13stl.com
```